UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MALIBU MEDIA, LLC,

                            Plaintiff,

  -against-

JOHN DOE, subscriber assigned IP
Address 24.186.101.187,

                            Defendant.
----------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-cv-6432 (DRH)(SIL)

Presently before the Court is the Report and Recommendation of Magistrate Judge Steven I. Locke, dated April 7, 2020, recommending that that Plaintiff's motion as to Defendant's liability be granted and that Malibu Media be awarded: (1) $7,500.00 in statutory damages; (2) an injunction prohibiting Defendant from further infringement and ordering him to destroy all copies of the Films; (3) $400.00 in fees and costs; and (4) post-judgment interest pursuant to 28 U.S.C. § 1961(a). More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the April 7 2020 Report and Recommendation of Judge Locke as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment is granted and plaintiff is awarded (1) $7,500.00 in statutory damages; (2) $400.00 in fees and costs; and (3) post-judgment interest pursuant to 28 U.S.C. § 1961(a); and

**IS IT FURTHER ORDERED** that Defendant is hereby enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the films identified at DE 21-8, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff; and

**IS IT FURTHER ORDERED** that Defendant is hereby ordered to destroy all copies of the films identified at DE 21-8 that the Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the films identified at DE 21-8 transferred onto any physical medium or device in Defendant's possession, custody, or control;

**IT IS FURTHER ORDERED** that the caption of the case be amended to reflect the true name of the defendant, to wit Jeff Prevet, in lieu and instead of JOHN DOE, subscriber assigned IP Address 24.186.101.187.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York     s/ Denis R. Hurley
       May 26, 2020                  Denis R. Hurley
                                        United States District Judge